DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESSICA JOYCE MEJIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S 06-493 FCD |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| JESSICA JOYCE MEJIA, | ) | |
| Defendant. | ) | Judge: Hon. Gregory G. Hollows |
| _____ | ) | |

**BACKGROUND**

Ms. Mejia was ordered released from federal custody on March 21, 2007 on the condition that she reside at The Effort - a residential drug treatment program.  Approximately 5 weeks later, on May 3, 2007, Ms. Mejia left The Effort.  On May 7, 2007 a pretrial release violation petition was filed.  A hearing was held on that matter that afternoon. Ms. Mejia appeared as required at that hearing.

Following a hearing on the matter, the Court ordered Ms. Mejia detained.  The Court indicated that if The Effort was willing to allow Ms. Mejia to return, the Court would again consider release to the program.  The Court further indicated that, in order to address Ms.

1   Mejia's serious dental problems, release orders would be signed for her

2   two (already scheduled) dental appointments if she was still in custody

3   at the time of the appointments.

4        Defense Counsel has met with the Director, Richard Brown, of The

5   Effort.  He indicates that Ms. Mejia may be allowed to return to the

6   program if she was willing to follow certain additional rules and if

7   she wrote an essay for his consideration about the events surrounding

8   her exit from the program.  Ms. Mejia is in the process of writing that

9   paper and sending it to Mr. Brown.  She has agreed to abide by the

10  rules proposed by Mr. Brown.

11       Ms. Mejia's dental appointments are scheduled for May 23rd at 10:30

12  and May 29th at 9:45.

13

14                                **ORDER**

15       Good cause appearing, it is the Court's order that Ms. Mejia be

16  temporarily released from custody in order to seek dental care.

17       **It is ordered** that Jessica Mejia be released from custody on May

18  23, 2007 no later than 9:00 a.m. and that she return no later than 3:00

19  p.m.

20       **If Richard Brown determines to readmit Ms. Mejia to the Effort, it**

21  **is further ordered** that Jessica Mejia be released from custody on May

22  29, 2007 no later than 8:30 a.m. and that she return to custody no

23  later than 3:00 p.m. This release order is not effective unless

24  accompanied by a readmittance order from Richard Brown.

25

26  Dated:  May 21, 2007

27                              /s/ Gregory G. Hollows

28                              _____
                                HON. GREGORY G. HOLLOWS
                                U.S. Magistrate Judge

Name of Pleading            -2-

1

mejia.ord

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Name of Pleading                    -3-