DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JESSICA JOYCE MEJIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S 06-493 FCD |
| Plaintiff, ) | |
| ) | ORDER FOR TEMPORARY |
| v. ) | RELEASE FROM CUSTODY |
| ) | |
| JESSICA JOYCE MEJIA, ) | |
| ) | |
| Defendant. ) | Time: |
| ) | Judge: Hon. Edmund F. Brennan |

**BACKGROUND**

Ms. Mejia has a serious dental problem which was being treated at Western Dental Center before she went into federal custody. The jail is unable to treat her medical problem for a variety of reasons, including that they simply do not approve funds for the type of treatment she needs.

Ms. Mejia has been ordered released previously to seek treatment for this condition. She returned to custody without incident.

1   The magistrate has previously indicated that Ms. Mejia would be
2   released to in-patient treatment at The Effort.[1] Her release was
3   delayed because state authorities placed a detainer on her.[2] At the
4   present time there is no state hold on Ms. Mejia, but there is
5   currently no bed space available for her at The Effort. Mr. Richard
6   Brown, the director, has informed counsel that he believes there will
7   be room for her at the beginning of August.

8   In the meantime, Ms. Mejia's next scheduled appointment at Western
9   Dental is for noon on August 1. We are requesting that she be released
10  from custody at 9:00 a.m. on Wednesday, August 1, 2007 and that she be
11  ordered to return no later than 4:00 p.m. that day.

12  Previously when she was ordered released for medical treatment
13  directly from the jail, the jail did not process her paperwork until
14  the late afternoon - long past her scheduled appointment. For this
15  reason, we are requesting that the U.S. Marshal Service bring her from
16  the jail to the Federal Courthouse and release her from their custody.
17  Her mother will pick her up from the Marshal's Office and provide
18  clothing for her to wear to the appointment. She should then report
19  back to the U.S. Marshal's Office following her appointment. (This is
20  the same procedure followed during the last release for medical
21  treatment.)
22  ///
23  ///

---

[1] On May 7, 2007 Magistrate Hollows ordered Ms. Mejia detained, but indicated that he would release her again if The Effort agreed to readmit her to the in-patient program.

[2] Magistrate Mueller subsequently ordered Ms. Mejia's release to The Effort. Judge Mueller rescinded that order when it was discovered that state authorities had place a hold on her. Ms. Mejia is no longer subject to that state hold.

[Proposed] Order for Release         -2-

**ORDER**

Good cause appearing, it is the Court's Order that Ms. Mejia be temporarily released from custody in order to seek dental care.

**It is ordered** that Jessica Mejia be transported by the U.S. Marshal Service to the Federal Building and released at 9:00 a.m. on Wednesday, August 1, 2007.

**It is further ordered** that Jessica Mejia return to the U.S. Marshal's Office following her dental appointment and no later than 4:00 p.m. on that same day.

Dated: July 24, 2007



GREGORY G. HOLLOWS
U.S. Magistrate Judge