FILED

AUG - 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

    vs.

JESSICA JOYCE MEJIA,

      Defendant.
_____/

Cr. S-06-0493 FCD

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

    This is to authorize and direct you to release JESSICA JOYCE MEJIA, Case No. Cr. S-06-0493 FCD, Charge 18 U.S.C. § 1344(2) Bank Fraud], from custody subject to the conditions as stated in open Court on August 6, 2007:

    __X__    Release on Personal Recognizance

    ____    Bail Posted in the Sum of $ [ ]

           ____    Unsecured Appearance Bond

           ____    Appearance Bond with 10% Deposit

1     ___    Appearance Bond with Surety

2     ___    Corporate Surety Bail Bond

3     _X_    (Other) [Defendant sentenced to Time Served - Judgment and Commitment

4     Order to issue ]

5 Issued at Sacramento, CA on August 6, 2007 at 10:00 a.m.

7 Dated:   August 6, 2007

                                              Frank C. Damrell, Jr.
8                                               UNITED STATES DISTRICT JUDGE

MEJIA-JESSICA release order.wpd                2